of defendants' answer, setting forth to whom made, by whom, the place, and approximately the time, and whether any of the statements were in writing; second, the amount paid for experts; third, approximately the location of the tunnel driven; fourth, approximately the number of borings that were made, and, as near as may be, when and where; fifth, what machinery, engine, or boilers were repaired, and the cost thereof; sixth, all sums of money paid out by defendants, together with the nature of such payments, by reason of the false representations alleged in the answer. As so modified, the order is affirmed, without costs.

FUSCO, Respondent, v. HARRISON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Josephine Fusco against Louis B. Harrison.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., dissents.

GABEL, Respondent, v. HASTINGS HOME CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by George Gabel against the Hastings Home Company.

PER CURIAM. Judgment reversed, and proceedings remitted to the Special Term for further action, costs to abide the event, upon the ground that the final judgment was more favorable to the plaintiff than he was entitled to under his complaint, and that the stipulation was improperly received in evidence. See, also, 156 App. Div. 911, 141 N. Y. Supp. 1120.

GALLAGHER v. GOLLIEK & SMITH. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Cornelius J. Gallagher against Golliek & Smith. No opinion. Application denied, with $10 costs. Order signed.

GALLAGHER v. ROYAL MAIL STEAM PACKET CO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by William L. Gallagher against the Royal Mail Steam Packet Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1117.

GALLAGHER, Appellant, v. WALDO, POLICE COM'R, Respondent. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) In the matter of the application of Bernard Gallagher for a writ of mandamus against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Order affirmed, with $10 costs and disbursements.

GALUSHA, Appellant, v. FIRST NAT. BANK OF ALBANY, Respondent. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Della Galusha against the First National Bank of Albany.

No opinion. Order affirmed, with $10 costs and disbursements.

GANUN, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Mary F. Ganun, on behalf of herself, etc., against Mary E. Palmer, individually and as executrix, etc.

PER CURIAM. Pending the determination of the appeal from the judgment to the Court of Appeals, the defendant is enjoined from in any way selling or incumbering the property involved in the judgment in the trial court, provided plaintiff shall within 10 days give a written undertaking, approved by this court, conditioned for the payment to defendant of such damages as she may suffer by reason of such appeal and the injunction hereby ordered, not exceeding the sum of $2,500. Pending such appeal, however, the income from such property shall be paid to defendant, and may be used by her to the same extent as if the injunction were not granted. Settle order before Mr. Justice Thomas. See, also, 159 App. Div. 86, 144 N. Y. Supp. 457.

GARDINIER, Respondent, v. ALBRECHT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 7, 1914.) Action by Irving R. Gardinier against William Albrecht, Jr. No opinion. Motion granted, and appeal dismissed, with costs.

GASS, Respondent, v. WINTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by John Gass, as trustee, etc., against Anna R. Winter. No opinion. Judgment and order affirmed, with costs.

GERSTNER v. FRIEDMAN et al. (Supreme Court, Appellate Division, Fourth Department. January 7, 1914.) Action by John J. Gerstner against Esther Friedman and others. No opinion. Appeal dismissed, with costs, in accordance with stipulation filed.

In re GILMAN. (Supreme Court, Appellate Division, First Department. January 30, 1914.) In the matter of Howard K. Gilman, deceased. No opinion. Decree affirmed, with costs. Order filed.

GODESKY, Appellant, v. CUFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Frank Godesky against Elizabeth A. Cuff and others. No opinion. Judgment affirmed, with costs. See, also, 144 N. Y. Supp. 1118.

GOLUB, Respondent, v. LANDY, Appellant. (Supreme Court, Appellate Division, Third De-